FILED

11/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0455

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0455

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RONALD JOSEPH VALLIE JR.,,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 21, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 17 2020